# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00501-CR

**Chance Deallen Keller, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 69920, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

On July 19, 2013, appellant was convicted of capital murder and sentenced to life in prison. The record was originally due November 16, 2013. *See* Tex. R. App. P. 35.2(b). Court reporter Elizabeth Young has filed a fourth request for an extension of time to file the reporter's record, asking for an additional thirty days. We grant Ms. Young's request, extending the deadline to April 9, 2014. Ms. Young is cautioned that a failure to timely file the record may result in her being called before this Court to show cause why she should not be held in contempt for violating this order.

It is ordered March 24, 2014.

Before Justices Puryear, Goodwin, and Field

Do Not Publish